DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER J. PRYGELSKI, III,**
Appellant,

v.

**FEDERATED NATIONAL HOLDING COMPANY,** a Florida corporation,
Appellee.

No. 4D17-2684

[February 8, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE-17-004342(03).

Christopher S. Prater and Jonathan Pollard of Pollard PLLC, Fort Lauderdale, for appellant.

Tara S. Pellegrino, Steven Ellison and Kristin M. Ahr of Broad and Cassel LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***